JAMES JONES, Respondent, *v.* CHARLES GAMBLE, Appellant.

*Jones* v. *Gamble*, 140 App. Div. 733, affirmed.
(Argued May 21, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*George S. McCartin* for appellant.

*Arthur T. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.

---

MARGARETHA MULLERLEILE, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Mullerleile* v. *City of New York*, 142 App. Div. 936, affirmed.
(Argued May 21, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Loyal Leale* of counsel), for appellant.

*Edwin Cavanaugh, Gerard Roberts* and *Randall Hoyt Stern* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.